IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL 1804<br>CIVIL ACTION NO.<br>1:07md1804-TWT |
| MICHAEL BELL, et al<br>v<br>ROANOKE COMPANIES GROUP, INC., et al | CIVIL ACTION NO.<br>1:07cv0687-TWT |
| HILMIJA DZEBIC<br>v<br>ROANOKE COMPANIES GROUP, INC., et al | CIVIL ACTION NO.<br>1:08cv0553-TWT |
| FIKRETA OSMANIK<br>v<br>ROANOKE COMPANIES GROUP, INC., et al | CIVIL ACTION NO.<br>1:08cv0554-TWT |

NOTICE OF SPECIAL SETTING FOR TRIAL

During the status conference on September 14, 2009, the Court scheduled the above cases for trial beginning February 1, 2010. The "Bell" case will be the first five plaintiffs with claims still remaining against Roanoke, Aerofil and Home Depot. The following is the trial preparation schedule to be followed:

Discovery closes December 15, 2009 as to these specific plaintiffs.

Joint Proposed Pre-trial Order due January 4, 2010. The PTO must specifically identify the plaintiffs in the "Bell" (1:07cv0687) case that are in this trial group.

Pre-trial conference will be January 15, 2010, 2:00 p.m. Chambers 2188.

September 24, 2009

By Direction of the Court
/s/Sheila Sewell
Sheila Sewell
Deputy Clerk for Judge Thomas W. Thrash
404-215-1555